# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ] | |
| ] | |
| ] | |
| **v.** ] | **2:23-cr-279-ACA-NAD** |
| ] | |
| **SCOTT O'BRIEN,** ] | |
| ] | |
| **Defendant.** ] | |

## ORDER

In July 2023, a grand jury indicted Scott O'Brien on one count of conspiracy to defraud the United States, in violation of 18 U.S.C. §§ 371, 1343 ("Count One"), and two counts of wire fraud, in violation of 18 U.S.C. §§ 1343, 2 ("Count Two and Three"). (Doc. 1). Mr. O'Brien moved to dismiss Counts Two and Three as time-barred. (Doc. 28). After the government stipulated that Counts Two and Three are time-barred (doc. 30), the magistrate judge entered a report recommending that the court grant the motion and dismiss Counts Two and Three as time-barred (doc. 31). Although the magistrate judge advised all parties of their right to object and the consequences of a failure to object (*id.* at 1–2), no party has objected.

The parties' failures to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. The court therefore **ADOPTS** the magistrate judge's report and **ACCEPTS** the

recommendation. The court **GRANTS** Mr. O'Brien's motion to dismiss Counts Two and Three of the indictment **WITH PREJUDICE** as time-barred. Count One will proceed.

**DONE** and **ORDERED** this August 15, 2024.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE